```
JAMES TODD BENNETT
Attorney of Law
P. O. Box 742
El Cerrito, CA  94530
Telephone:  (510) 232-6559
California State Bar No.  113009

Attorney for Petitioner
GUMARO GARCIA GARNICA
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GUMARO GARCIA GARNICA**, <br><br>　　Petitioner, <br><br>v. <br><br>**MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, **NANCY ALCANTAR**, Field Office Director, Immigration and Customs Enforcement, and **PETER KEISLER**, Acting Attorney General of the United States, <br><br>　　Respondent. | CASE NO:  C07-4953 SBA <br><br> **PROPOSED ORDER GRANTING RESTRAINING ORDER AFTER HEARING** <br><br>[Alien Registration No.: A77 428 624] |

　　On reading the filing of the petition of Gumaro Garcia Garnica, duly signed and verified by him, and on consideration of petitioner's motion for a restraining order pending disposition of his petition herein, and upon consideration of the further briefing and arguments of the respective parties,

　　IT IS HEREBY ORDERED that Michael Chertoff, Secretary of the Department of Homeland Security; Nancy Alcantar, Field

1  Office Director, Immigration and Customs Enforcement; and Peter
2  Keisler, Acting Attorney General of the United States, are
3  hereby enjoined and restrained from removing Gumaro Garcia
4  Garnica, petitioner herein, from the United States of America to
5  Mexico pending disposition of the petition for writ of habeas
6  corpus before this court.

Dated: _____     _____
                                 JUDGE OF THE DISTRICT COURT