```
1  JAMES TODD BENNETT
   Attorney of Law
2  P. O. Box 742
   El Cerrito, CA  94530
3  Telephone:  (510) 232-6559
   California State Bar No.  113009
4
5  Attorney for Petitioner
   GUMARO GARCIA GARNICA
6
```

FILED  Fee Pd
SEP 2 7 2007  TNo Given

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUMARO GARCIA GARNICA,** | Case No.: C07-4953 SBA |
| Petitioner and Appellant, | **NOTICE OF APPEAL** |
| v. | |
| **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, **NANCY ALCANTAR**, Field Office Director, Immigration and Customs Enforcement, and **PETER KEISLER**, Acting Attorney General of the United States, | [Alien Registration No.: A77 428 624] |
| Respondents and Appellees. | |

Gumaro Garcia Garnica, petitioner in the above-entitled action, appeals to the United States Court of Appeals for the Ninth Circuit from the order and judgment dismissing his petition for writ of habeas corpus entered on or about September 27, 2007 by the Honorable Saundra Brown Armstrong, United States District

-1-

1  Judge, United States District Court, Northern District of
2  California.
3
4  Dated:  September 27, 2007      _____
                                    JAMES TODD BENNETT
5                                   Attorney for Petitioner
                                    and Appellant
6                                   GUMARO GARCIA GARNICA
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**PROOF OF SERVICE**

I, JAMES TODD BENNETT, hereby declare that I am over the age of eighteen, not a party to the within action and am a citizen of the United States of America. My business address is P.O. Box 742, El Cerrito, CA 94530.

On September 27, 2007, I served the within:

**NOTICE OF APPEAL**

ON

Ila Deiss, Attorney
U.S. Attorneys Office
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

by placing true and correct copies thereof in an envelope addressed as above, with sufficient postage affixed thereto, sealing it and placing it in the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the state of California that the foregoing declaration is true and correct. Executed on September 27, 2007 at Oakland, California.

_____
JAMES TODD BENNETT

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001305
Cashier ID: collink
Transaction Date: 09/26/2007
Payer Name: James Todd Bennett

NOTICE OF APPEAL/DOCKETING FEE
 For: James Todd Bennett
 Case/Party: D-CAN-4-07-CV-004953-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 1676
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

C-07-04953-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```