**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL CASE MANAGEMENT CONFERENCE MINUTES**

**Date:**9/25/07

**C-07-04953 SBA**                    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title: GUMARO GARCIA GARNICA** vs.**MICHAEL CHERTOFF**

**Atty.:   JAMES BARNETT              ILLA DEISS**

_____          _____

**Deputy Clerk:  Lisa R. Clark          Court Reporter:** STARR WILSON
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1.   TRO  HEARING -HELD**
( )  ( ) **2.**
( )  ( ) **3.**
( )  ( ) **4.**
( ) **Motion(s)    ( ) Granted      ( ) Denied      ( ) Off Calendar**
          **( ) Granted/Part  ( ) Denied/Part  (X) Submitted**
**(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court**

**RESULT OF CASE MANAGEMENT CONFERENCE**
**Case Continued to_____for a Telephone Case Management Conference at  p.m.**
**Case Continued to_____for  OSC RE:_____**
**Case Continued to_____for_____Motion Hearing**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**General Discovery Cut-off_____Expert Discovery Cut-off_____**
**Plft to name Experts by_____Deft to name Experts by_____**
**All Dispositive Motions to be heard by ( Motion Cut-off)_____**
**Case Continued to_____for Pretrial Conference at 1:00 p.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due_____Responses**
**to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.**
**( ) REFERRED TO MAGISTRATE_____FOR SETTLEMENT CONFERENCE**
**( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS**
 **Notes:**_____

_____
_____cc: