FILED

SEP 28 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| GUMARO GARCIA GARNICA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary Department of Homeland Security; et al.,<br><br>Respondents - Appellees. | No. 07-16737<br><br>D.C. No. CV-07-04953-SBA<br>Northern District of California, Oakland<br><br>ORDER |

Before: THOMAS and GRABER, Circuit Judges.

The emergency motion for a stay of removal pending appeal is denied. *See Abbassi v. INS*, 143 F.3d 513 (9th Cir. 1998).

A review of the record suggests that this case may be appropriate for summary affirmance under Ninth Circuit Rule 3-6(b) because there is substantial evidence to support the district court's decision that the federal courts lack jurisdiction over appellant's request for habeas relief. *See* 8 U.S.C. § 1252(b)(9), (g); *Singh v. Gonzales*, ___ F.3d ___, 2007 WL 2406862 at *1 (9th Cir. Aug. 24, 2007) (holding that only the "narrow claim" of ineffective assistance of counsel regarding failure to timely file a post-administrative petition for review "falls

07-16737

outside the jurisdiction-stripping provisions of the REAL ID Act"). Accordingly, within 21 days after the filing date of this order, petitioner shall move for voluntary dismissal of this petition for review or show cause in writing why the petition should not be summarily denied. If petitioner elects to show cause, respondents may respond within 8 days after service of petitioner's memorandum.

Failure to comply with this order will result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

If necessary, the court will set a briefing schedule upon disposition of this order to show cause and the stay motion.