FILED
JAN 14 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED
JAN 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GUMARO GARCIA GARNICA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary Department of Homeland Security; et al.,<br><br>Respondents - Appellees. | No. 07-16737<br><br>D.C. No. CV-07-04953-SBA<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: O'SCANNLAIN, SILVERMAN and GRABER, Circuit Judges.

Appellant's motions for extensions of time to file a response to the court's order to show cause are granted.

We have reviewed appellant's and appellees' responses to the court's September 28, 2007 order to show cause. Because the court lacks jurisdiction over this appeal, the court *sua sponte* dismisses this appeal for lack of jurisdiction. *See* 8 U.S.C. § 1252(b)(9), (g).

To the extent that appellant challenges the constitutionality of the jurisdiction-stripping provisions of the REAL ID Act, appellant's arguments are foreclosed by this court's precedent. *See, e.g., Iasu v. Smith*, ___ F.3d ___, No. 06-55681, 4007 WL 4394434, at *4 (9th Cir. Dec. 18, 2007) ("[T]he Ninth Circuit

07-16737 has held that, facially, the REAL ID Act is not an unconstitutional suspension of the writ . . . .").

**DISMISSED.**