# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

GUMARO GARCIA GARNICA,

Petitioner - Appellant,

V.

MICHAEL CHERTOFF, Secretary
Department of Homeland Security; et al.,

Respondents - Appellees.

No.  07-16737

D.C. No.  CV-07-04953-SBA

**JUDGMENT**

Appeal from the United States District Court for the USDC-CAO - U.S. DISTRICT COURT CALIFORNIA NORTHERN.

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 01/14/08



A TRUE COPY
ATTEST    2/5/08

CATHY CATTERSON
Clerk of Court

by:
        Deputy Clerk

This certification does constitute the
mandate of the court.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GUMARO GARCIA GARNICA,<br><br>Petitioner - Appellant,<br><br>V.<br><br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security; et al.,<br><br>Respondents - Appellees. | No.  07-16737<br>D.C. No.  CV-07-04953-SBA<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the USDC-CAO - U.S. DISTRICT COURT CALIFORNIA NORTHERN.

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 01/14/08

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| GUMARO GARCIA GARNICA,<br><br>       Petitioner - Appellant,<br><br>V.<br><br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security; et al.,<br><br>       Respondents - Appellees. | No.  07-16737<br>D.C. No.  CV-07-04953-SBA<br><br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the USDC-CAO - U.S. DISTRICT COURT CALIFORNIA NORTHERN.

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 01/14/08



FILED

JAN 14 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GUMARO GARCIA GARNICA,<br><br>   Petitioner - Appellant,<br><br> v.<br><br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security; et al.,<br><br>   Respondents - Appellees. | No. 07-16737<br><br>D.C. No. CV-07-04953-SBA<br>Northern District of California,<br>Oakland<br><br><br>ORDER |

Before:  O'SCANNLAIN, SILVERMAN and GRABER, Circuit Judges.

Appellant's motions for extensions of time to file a response to the court's order to show cause are granted.

We have reviewed appellant's and appellees' responses to the court's September 28, 2007 order to show cause.  Because the court lacks jurisdiction over this appeal, the court *sua sponte* dismisses this appeal for lack of jurisdiction. *See* 8 U.S.C. § 1252(b)(9), (g).

To the extent that appellant challenges the constitutionality of the jurisdiction-stripping provisions of the REAL ID Act, appellant's arguments are foreclosed by this court's precedent.  *See, e.g., Iasu v. Smith,* ___ F.3d ___, No. 06-55681, 4007 WL 4394434, at *4 (9th Cir. Dec. 18, 2007) ("[T]he Ninth Circuit

07-16737

has held that, facially, the REAL ID Act is not an unconstitutional suspension of

the writ . . . .").

**DISMISSED.**

A TRUE COPY    2/5/08
ATTEST

CATHY CATTERSON
Clerk of Court

by:_____
        Deputy Clerk

This certification does constitute the
mandate of the court.

INTERNAL USE ONLY: Proceedings include all events.
07-16737 Garnica v. Chertoff, et al

| | |
|---|---|
| GUMARO GARCIA GARNICA<br>    Petitioner - Appellant | James Todd Bennett, Esq.<br>FAX 510/779-0192<br>510/232-6559<br>[COR LD NTC ret]<br>P.O. Box 742<br>El Cerrito, CA 94530 |

   v.

| | |
|---|---|
| MICHAEL CHERTOFF, Secretary<br>Department of Homeland<br>Security<br>    Respondent - Appellee | Ila C. Deiss, Esq.<br>FAX 415/436-7169<br>415/436-7124<br>9th Floor<br>[COR LD NTC aus]<br>USSF - OFFICE OF THE U.S.<br>ATTORNEY<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |
| NANCY ALCANTAR, Field Officer<br>Director, Immigration and<br>Custom Enforcement<br>    Respondent - Appellee | Ila C. Deiss, Esq.<br>(See above)<br>[COR LD NTC aus] |
| PETER D. KEISLER, Acting Atty<br>General, of the United States<br>    Respondent - Appellee | Ila C. Deiss, Esq.<br>(See above)<br>[COR LD NTC aus] |