**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

February 6, 2008

CASE NUMBER:  **CV 07-04953 SBA; USCA No. 07-16737**
CASE TITLE:  **GUMARO GARCIA GARNICA -v- MICHAEL CHERTOFF**
DATE MANDATE FILED:  02/06/2008

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by: ____/s/____  
    Jessie Mosley  
    Case Systems Administrator

Distribution:  CIVIL        -   Counsel of Record

              CRIMINAL  -   Counsel of Record  
                                U.S. Marshal (Copy of Mandate)  
                                U.S. Probation Office

NDC App-16