FILED
MAR 18 2008
MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GUMARO GARCIA GARNICA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary Department of Homeland Security; et al.,<br><br>Respondents - Appellees. | No. 07-16737<br><br>D.C. No. CV-07-04953-SBA<br>Northern District of California, Oakland<br><br>ORDER |

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Before: O'SCANNLAIN, SILVERMAN and GRABER, Circuit Judges.

The motion to recall the mandate is denied because there are no "extraordinary circumstances" to support such relief. *See Calderon v. Thompson*, 523 U.S. 538, 550 (1998).

All other pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

st/MOATT